IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 5:13-cv-02030 EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| JAMES PAUL DELEON, et. al., | |
| Defendant(s). | |

    Having reviewed Plaintiff's Case Management Statement (see Docket Item No. 15), and in light of the pending Motion for Default Judgment, the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for September 27, 2013, is VACATED.

**IT IS SO ORDERED.**

Dated: September 17, 2013

EDWARD J. DAVILA
United States District Judge